## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

   v.

JASON P. SUMMERS,
[DOB: 06/08/1983]

              Defendant.

Case No. _____

**COUNT ONE**:
***Conspiracy to Distribute a Controlled
Substance***
21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846
NLT: 10 Years Imprisonment
NMT: Life Imprisonment
NMT: $10,000,000 Fine
NLT: 5 Years Supervised Release
Class A Felony

**COUNT TWO**:
***Discharging a Firearm in Relation to a
Drug Trafficking Crime***
18 U.S.C. §§ 924(c)(1)(A)
NLT: 10 Years Imprisonment (Consecutive)
NMT: Life Imprisonment
NMT: $250,000 Fine
NMT: 5 Years Supervised Release
Class A Felony

**COUNTS THREE and FOUR:**
***Felon in Possession of a Firearm(Ct. 3)***
***Felon in Possession of Ammunition(Ct. 4)***
18 U.S.C. §§ 922(g)(1) and 924(a)(2)
NMT: 10 Years Imprisonment
NMT: $250,000 Fine
NMT: 3 Years Supervised Release
Class C Felony

$100 Mandatory Special Assessment per Count

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Beginning on a date unknown to the Grand Jury, but from at least in or about February

2015, and continuing through on or about August 19, 2015, in the Western District of Missouri,

the defendant, JASON P. SUMMERS, did knowingly and intentionally combine, conspire, confederate and agree with other persons, known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## COUNT TWO

Beginning on a date unknown to the Grand Jury, but from on or about July 22, 2015, and continuing through on or about August 19, 2015, in the Western District of Missouri, the defendant, JASON P. SUMMERS, during and in relation to, and, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute methamphetamine, as charged in Count One in this Indictment, did knowingly use, carry, possess, brandish, and discharge a firearm, to wit, a SCCY Industries, Model CPX-1, 9mm pistol, Serial Number 209231, contrary to the provisions of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

On or about August 19, 2015, in the Western District of Missouri, the defendant, JASON P. SUMMERS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a SCCY Industries, Model CPX-1, 9mm pistol, Serial Number 209231, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR

On or about August 19, 2015, in the Western District of Missouri, the defendant, JASON P. SUMMERS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, to wit, five (5) rounds of Federal Cartridge Company, .380 caliber ammunition; and seventy-nine (79) rounds of Remington, 9mm ammunition, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____9/8/15_____                    _____/s/ Helen A. Chaffin_____
DATE                                     FOREPERSON OF THE GRAND JURY


_____/s/ Rudolph R. Rhodes, IV_____
Rudolph R.  Rhodes, IV, #39310
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri