4/7/20

Honorable Judge Wines,

I am asking This court To accept This Letter as a request for a Motion for a Modification of sentence due To extraordinary, and compelling circumstances. We are currently under institutional lockdown due To The COVID-19 pandemic so I am not able To prepare a Motion in response To These circumstances

I requested compassionate release from This institution on April 1st 2020. I recieved response Today April 7th stating. "You are not eligible for home confinement due To your having a high risk pattern Score.

I will present The circumstances as They are hoping The court will understand The Time sensitive nature of This Letter, and Its request

My reason for requesting a Modification of sentence is To provide basic necessary essential care for My Children, and Mother which no one else is able To provide.

Background;

In January 2020 my Mother (Lori Caruthers 63) suffered a major stroke. At the time she was the primary caregiver for my two children (Hazel Summers 10, Marvin Summers 8.)

For the past five years she has been the primary caregiver within the household where my children reside with my Grandmother ("Eleanore Heath" 82) who is their primary legal guardian.

Their Mother (Elizabeth Hart 33) has not been present for the past seven years, and does not **appear** to be so in the near future due to her Mental Health condition, addiction and legal circumstances. She is wanted by the State of Missouri for parole violations.

Following her stroke my Mother is in the rehabilitation process learning to walk, and talk again. She was released from aftercare facility at the end of March only to return the first week of April, because she didn't have the basic essential care she needs in the evenings, and overnight. I am the only one who is able to provide this care for my Mother during those specific times. She can no longer function as my childrens primary caregiver.

Judge my Mother made a sacrifice following my arrest to move from Florida to care for my children. They have developed a bond that is special. I am asking this court to take the nature of this bond, and the circumstances which have seperated this essential bond in the lives of my children.

Judge I would like the opportunity to repay her sacrifice by providing the basic care she needs to keep her out of assisted living, and together with the grandchildren she sacrificed her time to care for.

My children are growing up without their mother, I am incarcerated, their grandmother suffered a major stroke. The most important bonds in their lives at this point are with my mother, and grandmother. My mother is in the rehabilition process, and my grandmother is 82 her memory is getting progressively worse it effects everything she does. Both my mother, and grandmother are at a high risk of death if they contract the Covid-19 virus.

My grandmother (Eleanore Heath 82) is the legal guardian of my children. She no longer drives, and is not able to to provide necessary essential care for my children or mother.

Judge I would like the opportunity to address a few more things in this letter. The first is my conduct during my incarceration. I have been violation free during my incarceration I have served 50% of my sentence I am actively programming I am currently in the HVAC apprenticeship requested at sentencing I have 3300 hours completed as of April 1st.
( I am currently unable to earn any credit towards my )
( apprenticeship while this BOP lockdown continues. )

In addition I have taken the responsability of establishing a narcotics anonymous group within this institution to support my ongoing recovery from substance abuse. I volunteered to start, and chair these meetings almost two years ago The name of our group is Our Freedom we have been meeting every friday night since october 2018. These meetings have grown to 20 regular members I currently sponsor four of the men in working the 12 steps.

Judge I started these meetings to take responsability for my addiction, and recovery. What I have witnessed in the process is the growth, and healing of men who are incarcerated because of their addiction. I am greatful to be a part of the healing taking place within these meetings. I am rewarded with the satisfaction of knowing this program will be available to men in the future as a result of taking responsability for my addiction, and recovery.

Judge I would also like to address my high risk assessment factors which include the nature of offense, and criminal history. I understand the serious nature of this offense, and I am responsable for my actions relating to this offense.

The nature of this offense does not reflect who I am as a person, or who I am within my community. It does not reflect the quality of my character, the depth of my integrity

or the level of my honesty. I am a sincere compassionate father, friend, and son. I am respectful, kind and earn the respect of everyone I meet. As for public safety factors I am absolutely not a risk to anyone on earth accept myself if I don't take responsability for my recovery from substance abuse.

Judge my criminal history consists of two simple possessions and a distribution charge for selling 3 grams of marijuana, and a few prescription pills of xanax. I write this not to minimize these offenses, but to reflect that I am a drug addict whos only criminal conduct consists of cumulative minor drug offenses stemming from my addiction rather than actual criminal conduct

Judge I struggle with substance issues. I understand that my freedom depends on taking responsability for my recovery. I know with certainty I have zero risk of recidivism if I take that responsability as seriously as I take caring for my family. I have almost five years clean, and plan to continue this way of life.

Judge my plan if released is to help my mother thru her rehabilitation process. She has access to quality care during the daytime thru ability KC. In the evenings I would be cooking, cleaning, helping her to the bathroom and shower. I have a few years of experience with Heartland Residental Care doing that specific type of work. I would persue my parental rights, and seek to take custody

of my children when the time is necessary. I have a good family support system, a Narcotics Anonymous home group, and a sponsor to support ongoing recovery from Substance Abuse.

Judge if this sentence is modified my plan to support my family financially is to continue my education, and apprenticeship in the HVAC Trade. In the event this opportunity is not available immediately upon release I have made contact with family and friends who have provided two job offers at wages sufficient to support us immediately upon release. I am awaiting two letters of intent to hire in response to those job offers.

Judge I am begging for mercy in granting a Modification of sentence to provide the basic essential care my children and Mother need which no one else is able to provide if the court finds these to be extraordinary and compelling circumstances. Thank You for your Time.

Respectfully

Jason Summers

Release Plan: 5722 N Flora
Kansas City, MO 64118
816-452-5937 Home phone
239-708-7734 cell

06 April 2020

MEMORANDUM FOR U.S. Federal Bureau of Prisons, Federal Correctional Institution Greenville, 100 US-40, Greenville, IL 62246

SUBJECT: Modification of sentence for Summers, Jason Patrick (28055045)

1. I, Major Howard, Michael C., request a modification of sentence for Summers, Jason Patrick (28055045).

2. Jason is my half-brother; our mother recently suffered from a stroke and requires an extensive amount of care.

3. I will undergo a permanent change of station (PCS) that will take me away from the local area, and will not have the ability to provide care for our mother. If Jason is released, he can act as a primary caregiver in my absence and provide our mother with a higher quality of life than she would enjoy in a long-term care facility. Jason would also be able to care for his two children, who are currently residing with our elderly grandmother who is rapidly losing the capability to care for herself or the children.

4. It is my understanding that Jason has been a model inmate, and has served the majority of his sentence. He has endeavored to better himself while in FCI Greenville by learning a viable trade, and would not pose any significant threat to our citizenry should he be released early. .

5. The point of contact for this recommendation is the undersigned at (337) 718-6398, or michael.c.howard2.mil@mail.mil.

MICHAEL C. HOWARD
MAJ, MP
STUDENT, CGSC



**Individualized Reentry Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SUMMERS, JASON P  28055-045

SEQUENCE: 02060049
Team Date: 08-28-2019

| | | | |
|---|---|---|---|
| Facility: | GRE GREENVILLE FCI | Proj. Rel. Date: | 05-04-2024 |
| Name: | SUMMERS, JASON P | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 28055-045 | DNA Status: | PREBOP TST / 05-23-2017 |
| Age: | 36 | | |
| Date of Birth: | 06-08-1983 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Pending Charges

| | |
|---|---|
| Parole violation case #09CY0CR01236, | discharged from supervsn (see attached document) |
| KC, MO. warrants for animal control violations. | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| GRE | HVAC 1 | HVAC 1 | 08-28-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| GRE | ESL HAS | ENGLISH PROFICIENT | 03-18-2018 |
| GRE | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-18-2018 |

## Education Courses

| S | | Start | Stop |
|---|---|---|---|
| G | | 08-26-2019 | CURRENT |
| G | | 08-25-2019 | CURRENT |
| G | | 08-27-2019 | CURRENT |
| G | | 06-23-2019 | 08-15-2019 |
| G | | 04-30-2019 | 06-20-2019 |
| G | | 01-23-2019 | 05-08-2019 |
| G | | 01-20-2019 | 04-29-2019 |
| G | | 09-07-2018 | 11-23-2018 |
| G | | 08-02-2018 | 12-04-2018 |
| G | | 09-13-2018 | 11-29-2018 |
| G | | 09-12-2018 | 11-19-2018 |
| GI | | 08-25-2018 | 11-13-2018 |
| GI | | 05-30-2018 | 08-22-2018 |
| GI | | 06-08-2018 | 08-24-2018 |
| GI | | 04-08-2018 | 06-19-2018 |
| GI | | 04-10-2018 | 06-19-2018 |
| GI | | 04-08-2018 | 06-19-2018 |
| GI | | 04-08-2018 | 06-26-2018 |

*(handwritten note overlay: Institutional Conduct, Educational Transcripts, Apprenticeship Hours, College Transcripts)*

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-14-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-15-2018 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 03-14-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-14-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 05-18-2018 |

## Current Drug Assignments



Plan is for inmate: SUMMERS, JASON P  28055-045

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 06-22-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-10-2019 |
| NR WAIT | NRES DRUG TMT WAITING | 04-16-2018 |

**FRP Details**

| Most Recent Payment Plan |
|---|

| FRP Assignment: | **COMPLT** | **FINANC RESP-COMPLETED** | **Start: 07-31-2018** |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$0.00** | Obligation Balance: **$0.00** | |

Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

Payment Details

| Trust Fund Deposits - Past 6 months: $952.32 | Payments commensurate ?  Y |
|---|---|

New Payment Plan: | ** No data ** |

## Progress since last review

Inmate has made progress in programming; he is currently enrolled in several classes. He maintains employment in Havoc. He has maintained clear conduct and has completed his FRP obligation.

## Next Program Review Goals

Inmate is encouraged to utilize additional psychological services, as well as, seek out counseling through their prospective unit team members, and enroll in one educational or recreational course by next review date.  Maintain clear conduct, appropriate personal hygiene and appearance, and proper etiquette through February 2020.

## Long Term Goals

Maintain positive and healthy relationships with family, children, and those close to you through visits, mail and frequent phone contacts. Continue positive interaction with others and avoid the negative influences/situations through August 2020.

## RRC/HC Placement

## Comments

Inmate Summers has 20 points.


Name: SUMMERS, JASON P
Register No.: **28055-045**
Age: 36
Date of Birth: 06-08-1983

DNA Status:  PREBOP TST / 05-23-2017

_____

Inmate   (SUMMERS, JASON P. Register No.: 28055-045)


_____

Date


_____                    _____

Unit Manager / Chairperson                    Case Manager


_____                    _____

Date                                          Date

**Michael L. Parson**
Governor

**Anne L. Precythe**
Director



2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-526-0880

## State of Missouri
# DEPARTMENT OF CORRECTIONS

*"Improving Lives for Safer Communities"*

Jason Summers #28055-045
FCI Greenville
Federal Correctional Institution
PO Box 5000
Greenville, IL 62246

RE: Discharge from Supervision
    Docket #: 09CY-CR01236-01
    Offense: Possession of Controlled Substance Except 35 grams or Less of Marijuana

Dear Jason Summers #1117984:

This letter is notification that you have been discharged from supervision by the Missouri Division of Probation and Parole effective 2/12/2020.

Our records indicate you have an overdue balance of $1,431.19 with the Department of Corrections. Failure to pay any fee balance in full may result in tax interception or other authorized collection activity.

Payment Options for one year after your discharge date:
- Pay online at www.modocfees.com
- Pay by Kiosk located at every Probation and Parole Office and Satellite Office
- Call 1-855-DOC-IFEE (1-855-362-4333)
- Return a payment voucher (obtained from the above website) and mail to:
  Department of Corrections
  Attention: Offender Financial Services
  P.O. Box 1848
  Jefferson City, MO. 65102

Payment Option any time after discharge:
- Return a payment voucher (obtained from the above website) and mail to:
  Department of Corrections
  Attention: Offender Financial Services
  P.O. Box 1848
  Jefferson City, MO. 65102

Upon being discharged from supervision, most people have their right to vote restored. Under Missouri law, qualified citizens may register in person at the office of their local election authority, the driver's license office or by mail at a participating State agency. If you have questions regarding your right to vote, you should contact your local County Clerk's office, your local Board of Election Commissioners, or the Secretary of State's Office.

Sincerely,

*Bonnie Hamburg*

Probation and Parole Officer

```
   GREJI        *         INMATE EDUCATION DATA        *      03-25-2020
   PAGE 001 OF 001 *            TRANSCRIPT             *      14:28:35

   REGISTER NO: 28055-045      NAME..: SUMMERS              FUNC: PRT
   FORMAT.....: TRANSCRIPT      RSP OF: GRE-GREENVILLE FCI

   --------------------------  EDUCATION INFORMATION  ---------------------------
   FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
   GRE  ESL HAS   ENGLISH PROFICIENT           03-18-2018 1156 CURRENT
   GRE  GED HAS   COMPLETED GED OR HS DIPLOMA   03-18-2018 1153 CURRENT

   ---------------------------    EDUCATION COURSES    --------------------------
   SUB-FACL    DESCRIPTION               START DATE  STOP DATE EVNT AC LV   HRS
   GRE         APPRENTICESHIP HVAC PROGRAM   04-18-2019 CURRENT
   GRE         INTRO SUICIDE COMPANION TRNG  01-31-2020 01-31-2020  P  C  P     5
   GRE         RPP1 HIV EDUCATION            10-03-2019 12-10-2019  P  C  P    10
   GRE         PARENTING                     08-27-2019 11-20-2019  P  C  P    10
   GRE         RPP1 HEALTHY HEART REL CLASS  08-25-2019 10-03-2019  P  C  P    10
   GRE         RPP1 WELLNESS RELEASE CLASS   06-23-2019 08-15-2019  P  C  P    10
   GRE         RPP1 NUTRITION                04-30-2019 06-20-2019  P  C  P    10
   GRE         G'VILLE U AMERICAN HISTORY 105 01-23-2019 05-08-2019  P  C  P     3
   GRE         COMPUTER LAB TYPING COURSE    01-20-2019 04-29-2019  P  C  P    10
   GRE         ADVANCED CHESS                09-07-2018 11-23-2018  P  C  P     2
   GRE         MICRO SOFT OFFICE PROGRAM     08-02-2018 12-04-2018  P  C  C   132
   GRE         COMMERCIAL DRIVERS LICENSE    09-13-2018 11-29-2018  P  C  P    10
   GRE         RPP 3 FINANCIAL PEACE         09-12-2018 11-19-2018  P  C  P    10
   GRE         BALANCE: MAKE MONEY PERSONAL  08-25-2018 11-13-2018  P  C  P     8
   GRE         INTERMEDICATE CHESS           05-30-2018 08-22-2018  P  C  P     2
   GRE         WOOD FRAME CONSTRUCTION       06-08-2018 08-24-2018  P  C  P     2
   GRE         ADV STUDY OF SPANISH LANGUAGE 04-08-2018 06-19-2018  P  C  P    10
   GRE         SPANISH 1 COASTLINE CC        04-10-2018 06-19-2018  P  C  P    10
   GRE         BASIC MATHEMATICS             04-08-2018 06-19-2018  P  C  P    10
   GRE         RPP6 3 STEPS TO SUCCESS       04-08-2018 06-26-2018  P  C  P    15

   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

| Inmate Name | | Registration Number | | Apprenticeship Program |
|---|---|---|---|---|
| Summers, Jason | | 28055-045 | | HVAC |

| Date | Hours | Cum Hour | Staff Verify | | Date | Hours | Cum Hours | Staff Verify |
|---|---|---|---|---|---|---|---|---|
| Sep-19 | 2100 | 2100 | B. Jansen | | | | #VALUE! | |
| Oct-19 | 198 | 2298 | B. Jansen | | | | | |
| Nov-19 | 184 | 2482 | B. Jansen | | | | | |
| Dec-19 | 193 | 2675 | B. Jansen | | | | | |
| Jan-20 | 207 | 2882 | B. Jansen | | | | | |
| Feb-20 | 183 | 3065 | B. Jansen | | | | | |
| Mar-20 | | | B. Jansen | | | | | |
| Apr-20 | | | B. Jansen | | | | | |
| May-20 | | | B. Jansen | | | | | |
| Jun-20 | | | B. Jansen | | | | | |
| Jul-20 | | | B. Jansen | | | | | |
| Aug-20 | | | B. Jansen | | | | | |
| Sep-20 | | | B. Jansen | | | | | |
| Oct-20 | | | B. Jansen | | | | | |
| Nov-20 | | | B. Jansen | | | | | |
| Dec-20 | | | B. Jansen | | | | | |
| | | | B. Jansen | | | | | |
| | | | B. Jansen | | | | | |
| | | | B. Jansen | | | | | |
| | | | B. Jansen | | | | | |
| | | | B. Jansen | | | | | |
| | | | B. Jansen | | | | | |
| | | | B. Jansen | | | | | |
| | | | B. Jansen | | | | | |
| | | | B. Jansen | | | | | |
| | | | B. Jansen | | | | | |
| | | | B. Jansen | | | | | |

*Brian Jansen*
*Apprenticeship Coordinator*

Comments:



**Benchmark**
*of* **Excellence**

Employment-Ready Certified

**JASON P. SUMMERS**

Has Achieved Academic Excellence in

Basic Refrigeration & Charging Procedures

Exam Participant: JASON P. SUMMERS
HVAC Ex. ID= 1034754087230

# Your Score

A/C & Refrigeration Theory 100%. A/C
Systems & Components 100%. Air Supply
& Delivery 100%. Refrig / A/C
Troubleshooting 100%. Refrig Systems &
Components 100%. Refrig/ A/C Systems &
Components 100%. Special Refrigeration
System Components 88%. Sys

Mail To:
**JASON SUMMERS**
**PO BOX 4000**
**GREENVILLE, IL, 62246**



**Benchmark
*of* Excellence**

**Employment-Ready Certified**

**JASON P. SUMMERS**

**Has Achieved Academic Excellence in**

**System Diagnostic and Troubleshooting**

Exam Participant: JASON P. SUMMERS
HVAC Ex. ID#: 1034754087230

# Your Score

2 Recovery Requirements 100%. A/C &
Refrigeration Theory 100%. Air Supply &
Delivery 100%. Refrig / A/C Equipment &
Tools 100%. Refrig / A/C Troubleshooting
93%. Refrig/ A/C Systems & Components
90%. System Evacuation 100%.

**Mail To:**
**JASON SUMMERS**
**PO BOX 5000**
**GREENVILLE, IL, 62246**



# Benchmark of Excellence

*Excellence*

**Employment-Ready Certified**

## JASON P. SUMMERS

Has Achieved Academic Excellence in

### System Diagnostic and Troubleshooting Procedures

HVAC Ex Chairman

**Certificate #** – 1034754087230



# Certificate of Completion

**Presented to**

**Jason Summers**

**For successfully completing the**

**Drug Abuse Education Course**

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.

4/9/19

A. Compton          DTS
FCI-Greenville Institution

**ID :** 11388249
**Name :** Jason Patrick Summers
**SSN :** \*\*\*-\*\*-1755
**Address :** PO Box 5000
Greenville, IL 62246

---

### Undergraduate Division

| Course Number | Title | CR Type | Gra | Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|---|
| **2018-2019 : Spring** | | | | | | | | | |
| HIST.205 | American History II | CR | A | | 3.00 | 3.00 | 3.00 | 12.00 | |
| | Term Totals : | | | | 3.00 | 3.00 | 3.00 | 12.00 | 4.0000 |
| | Career Totals : | | | | 3.00 | 3.00 | 3.00 | 12.00 | 4.0000 |
| | Division Career Totals : | | | | 3.00 | 3.00 | 3.00 | 12.00 | 4.0000 |

*Degree Information :*
(1) Date Conferred :
   **Major(s)**
   Non-Degree Seeking



**Kaskaskia College**

Undergraduate Transcript

27210 College Road
Centralia, IL 62801
618.545.3000    URL: www.kaskaskia.edu
Page 1 of 1

Jason P. Summers
FCI Greenville
PO Box 6000
Greenville IL 62246

SSN: XXX-XX-1755
Birth Date: 06/08/83
Print Date: 12/21/18

| Course | Title | Grd | R | Hrs Att | Hrs Cmpt | Grade Points |
|--------|-------|-----|---|---------|----------|--------------|
| CITA 112 | Microsoft Word Specialist | A | | 3.00 | 3.00 | 12.00 |
| CITA 122 | Microsoft Excel Specialist | A | | 3.00 | 3.00 | 12.00 |
| CITA 142 | Microsoft Powerpoint | A | | 3.00 | 3.00 | 12.00 |

```
                    2018FA    Totals:  9.00  9.00  36.00  GPA = 4.000
                  Cumulative Totals:  9.00  9.00  36.00  GPA = 4.000

TOTALS:  HRS ATT =   9.00  HRS CMPT =   9.00  GRADE PTS =   36.00  GPA = 4.000
```

**TO VERIFY: TRANSLUCENT GLOBE ICONS MUST BE VISIBLE WHEN HELD TOWARD A LIGHT SOURCE**

This officially sealed and signed transcript is printed on navy blue SCRIP-SAFE® security paper with the name of the college printed in white type across the face of the document. A raised seal is not required. Photocopying should cause a security statement containing the name of the institution to appear. A BLACK AND WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

Cheryl Boehne
Director of Admissions and Registration

GRADING LEGEND IS PRINTED ON REVERSE

Greenville Education Department

Adult Continuing Education Program

# Certificate of Completion

Is Awarded To

## Jason Summers

For Successfully Completing the Adult Continuing Education Course

### Parenting

November 20, 2019

At

FCI Greenville

_J. Kasten_

Program Coordinator

Greenville Education Department

Adult Continuing Education Program

# Certificate of Achievement

Is Awarded To

## Jason Summers

For Successfully Completing the Adult Continuing Education Course

Commercial Drivers License (CDL)

November 29, 2018

At

FCI Greenville

_____

J. Kasten

Program Coordinator

# DISCHARGE SUMMARY / POST DISCHARGE PLAN OF CARE

**Linden Woods Village**
**2901 NE 72nd Street**
**Gladstone, MO 64119**
**816-268-4000**

Resident name: Lori Caruthers    Date of Birth: 10/03/1956

Admission date: 02/25/2020 (Released from Hospital)

Address after discharge: 5122 N Flora, KCMO 64118

Phone #: 1-239-728-7724

Physician name: Dr. Shaumeyer will follow for 30 days 913-215-5008 (PT has no PCP at this time)

Will this physician assume responsibility for individual's medical care and treatment post discharge? Yes. If not, describe physician services post discharge:

Current diagnosis: Right Hemiplegia, Subarachnoid hemorrhage, dysphagia, aphasia, anxiety, depression and hypertension.

[handwritten note on yellow sticky note: Mothers release Information & Medical Diagnosis]

_____ during nursing facility stay:

_____ ached in discharge info packet

Most recent Radiology or other test and results:

**Home Visit- Patient has copy**
Was a home visit conducted by the Rehabilitation staff?  Yes
If yes, please attach a copy of the evaluation and explain what the outcome of the visit was:

 If no, please give reason:

**Functional Status:**  W/C & Hemi-cane

Mobility:      Independent_____      Independent with device _Specify:

Transfers independently_____Requires assist of one and/or device_x_Requires assist of two __
Pivots only_____   Immobile_____     Mechanical lift_____


**Activities of Daily Living  - Extensive assist with ADL's.  Can feed self**

Bathing__x Shaving___ Dressing_x___Eating_ Toileting_x____ Nail Care__x_
Hair Care_x___ Brushing Hair__x__


**Sensory Impairments**

**Vision**      Glasses: Y x (reading)   N__

**Hearing**    Hearing aid(s) Y_____        N__x_

Speech: Can make needs known

Can this individual function safely in an unsupervised environment?  Yes_____   No_X___
If not, who will provide supervision?


**Mental Status**
Oriented__x___Forgetful____Disoriented to time_____   Place____  Person____
Able to make needs known_____     Unable to make needs known____

Specify:


**Scheduled Doctor's Appointments-Family will schedule F/U appt. with PCP**

2017-05-19

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## Pharmacy

Is a pharmacy arranged for?    Yes__x___ No_____
If applicable name of pharmacy: Walgreens on Vivian    816-459-7175
Is the individual capable of taking own pills on schedule? Yes x__ No_X_

If not, who will be responsible for helping the individual with medications?


## Transportation
Who will assist with transportation for errands and doctor appointments?  Family

## Housekeeping
Is individual capable of housekeeping / laundry tasks?    Yes_____    No__X__

If not, who will assist with housekeeping?  Family


## Nutritional Status
Who will prepare meals for the individual? Family

Special dietary restrictions:

Chewing problems:  Swallowing problems: no

Food preferences / allergies: NKA


Assistance needed with meals:

Dietary instructions:

Dental needs:  No known needs

## Activity Status

Activities in which the resident currently engages:    Participates in therapy and activities of choice.

Activity goals:  Resume daily routine and activity as tolerated

## Referrals

2017-05-19

Doctor:  Atul Patel at KU Bone & Clinic 913-381-5225 on Monday April 27th at 10:00
10701 Nall suite 200, Overland Park KS

Doctor: _____ Date: _____ Time: _____

Doctor: _____ Date: _____ Time: _____

Doctor: _____ Date: _____ Time: _____

Medical Treatments: Follow up with primary care physician after discharge from rehabilitation within 7-14 days

| MEDICATION LIST | | | |
|---|---|---|---|
| Medication | Dosage | Suggested Schedule | Reconciliation of medications |
| Provided with discharge paperwork | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2017-05-19

What referrals were made? Home Health

Agency name: Spectrum Home Health

Address:     phone: 913-831-2979

Date contacted: 3/16/20     Contacted by: Vicki Johnson RN

Purpose of the referral: PT & OT

Agency name:

Address:     Phone #:

Date contacted:     Contacted by:

Purpose of the referral:

Agency name:

Address:                                         Phone #:

Date contacted:     Contacted by:

Purpose of the referral:

## Conclusion

Actual discharge date: 3/16/2020     Reason for discharge: End of insurance coverage and
                                                                     Patient wants to go home

Discharged to: home

It has been verified that medications are at the pharmacy._____
                                                                     (Signature of Nurse Manager that verified)

**Advanced Directives:** If Resident has advanced directives please sign to verify
that a copy of advanced directives are sent with the resident.

Resident/ or Resident Representative:

_____

2017-05-19

This post discharge plan was reviewed by:

Resident _____

Responsible Party_____

Social Worker/Clinical Nurse Manager _Nici Johnson_____

Nurse_____

MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES
DIVISION OF SENIOR AND DISABILITY SERVICES

## CONTACT FORM

| PARTICIPANT DCN | | DATE |
|---|---|---|
| 13635092 *10/3/56* | | 03 09 2020 |

| PARTICIPANT LAST NAME | PARTICIPANT FIRST NAME |
|---|---|
| Caruthers | Lori |

| ADDRESS | | PHONE NUMBER |
|---|---|---|
| 5122 N Flora Ave | | 239.728.7734 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Kansas City | MO | 64118 *573 526 ext? 2915* |

*HCVS CALL CENTER REFERRALS*

## REASON FOR CONTACT BELOW

This letter is in regard to a referral for Home and Community Based Services the Department of Health and Senior Services received from Family Support Division . The Department of Health and Senior Services staff assesses individuals for services to assist them to remain in the least restrictive environment. Our goal is to:

- Ensure your needs are met with the right services and supports; and

- Help you remain as independent as possible.

If you are still in need of help in your home, please contact our office so your request can be completed. You may reach us at 1-866-835-3505, Monday-Thursday, 8:00 a.m. – 5:00 p.m. and Friday, 8:30 a.m. – 5:00 p.m.

Thank you for your attention to this matter.

| DSDS STAFF SIGNATURE | DSDS STAFF NAME (PRINTED) | PHONE NUMBER |
|---|---|---|
| *Sharon Gardner* | Sharon Gardner | 866-835-3505 |

| DSDS OFFICE ADDRESS. CITY. STATE. ZIP CODE |
|---|
| PO Box 570, Jefferson City, MO 65102 |

MO 580-3026 (10-19)

| Total # Pages of EMR: 13 (including cover page) | | | |
|---|---|---|---|
| **Facility Name and Address:** | **Resident:** | Caruthers, Lori | |
| Lindenwoods Village-SNF | **D.O.B.:** | 10/3/1956 | |
| 2901 NE 72ND Street | **Gender:** | Female | |
| Gladstone, MO 64119, US | **Resident/MR#:** | 1083 | |
| **Date Range:** 3/1/2020 to 3/16/2020 | **Run on:** 3/16/2020 11:14 | | |

**MEDICAL RECORD SECTIONS**

| 1. Profile (3 pages) | Transfer / Discharge Report (3 pages) | Pg. 2-4 | Page# 2-4 |
|---|---|---|---|
| 2. Med Diag (1 page) | Diagnosis Report *NEW* | Pg. 5 | Page# 5 |
| 3. Allergy (1 page) | Allergy Report | Pg. 6 | Page# 6 |
| 4. Immunizations (1 page) | Immunization Report | Pg. 7 | Page# 7 |
| 5. Orders (2 pages) | Order Summary Report (2 pages) | Pg. 8-9 | Page# 8-9 |
| 6. Results (1 page) | Lab Results Report | Pg. 10 | Page# 10 |
| 7. Care Plan (3 pages) | Care Plan (3 pages) | Pg. 11-13 | Page# 11-13 |

Transfer / Discharge Report

Lindenwoods Village-SNF
Resident: Caruthers, Lori
Date Range: 3/1/2020 to 3/16/2020

DOB: 10/3/1956     Gender: Female

MR#: 1083

This page has been intentionally left blank. Record follows on next page.

# TRANSFER / DISCHARGE REPORT

Lindenwoods Village-SNF
2901 NE 72ND Street
Gladstone  MO  64119  United States
(816) 268-4000

## RESIDENT INFORMATION

| Resident Name | | Unit | Room/Bed | Admission Date | | Resident No. | |
|---|---|---|---|---|---|---|---|
| Caruthers, Lori M | | East Wing | 156 1 | 02/25/2020 | | 1083 | |

| Sex | Birthdate | Age | Marital Status | Religion | | Primary Language | Secondary Language |
|---|---|---|---|---|---|---|---|
| F | 10/03/1956 | 63 | | | | English | |

| Medicare (HIC) # | | Medicare Beneficiary ID | | Medicaid # | | Social Security # |
|---|---|---|---|---|---|---|
| | | 1JG0VG6KX02 | | 13635092 | | |

| Insurance Name: | | Insurance Policy #: | | Insurance Primary Name | | Part D Policy # |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHER INFORMATION

### Allergies

Sulfamethoxazole, Poultry

| Advance Directive | | Copy Advance Directive/Living Will Enclosed | | Diet Type | Diet Texture | Fluid Consistency |
|---|---|---|---|---|---|---|
| CPR | | YES | NO | Regular | Regular | Regular |

## PRIMARY CONTACT

| Name | Notified | Relationship | Address | Phone |
|---|---|---|---|---|
| Howard, Mike | YES  NO | | | Home: (337) 718-6398 |

## PRIMARY PHYSICIAN

| Physician | Phone | Address |
|---|---|---|
| Shaumeyer, Kristi | Office:(913) 215-5008 | 10977 Granada Lane Leawood,KS 66211 |

## DIAGNOSES

| | |
|---|---|
| ANXIETY DISORDER, UNSPECIFIED (F41.9) | APHASIA FOLLOWING NONTRAUMATIC SUBARACHNOID HEMORRHAGE (I69.020) |
| DYSPHAGIA FOLLOWING NONTRAUMATIC SUBARACHNOID HEMORRHAGE (I69.091) | ESSENTIAL (PRIMARY) HYPERTENSION (I10) |
| HEMIPLEGIA AND HEMIPARESIS FOLLOWING NONTRAUMATIC SUBARACHNOID HEMORRHAGE AFFECTING RIGHT DOMINANT SIDE (I69.051) | INSOMNIA, UNSPECIFIED (G47.00) |
| OTHER RECURRENT DEPRESSIVE DISORDERS (F33.8) | |

## LAST VITAL SIGNS

| Blood Pressure | Pulse | Temperature | Respirations | Date of last Tetanus Shot |
|---|---|---|---|---|
| 121/77 Date: 03/16/2020 | 67 Date: 03/16/2020 | 96.6 Date: 03/16/2020 | 18 Date: 03/16/2020 | |

## CHIEF COMPLAINT(reason for transfer)

## RELEVANT INFORMATION

| Behavior(s) | Ambulation | Bladder | Bowel | Feeding |
|---|---|---|---|---|
| | | | | |

### Usual Level of Functioning

# TRANSFER / DISCHARGE REPORT

Lindenwoods Village-SNF
2901 NE 72ND Street
Gladstone  MO  64119  United States
(816) 268-4000

| RESIDENT INFORMATION | | | | |
|---|---|---|---|---|
| **Resident Name** | **Unit** | **Room/Bed** | **Admission Date** | **Resident No.** |
| Caruthers, Lori M | East Wing | 156 1 | 02/25/2020 | 1083 |

| MISCELLANEOUS INFORMATION | | | |
|---|---|---|---|
| **Date of Transfer/Discharge** | **Time** | **Transfer/Discharged to** | |
| | | | |

| Signature | | Date | Time |
|---|---|---|---|
| | | | |

| Personal Effects Sent With | Relationship | Date | Time |
|---|---|---|---|
| | | | |

Lindenwoods Village-SNF

Resident: Caruthers, Lori

Date Range: 3/1/2020 to 3/16/2020

Diagnosis Report *NEW*

MR#: 1083

DOB: 10/3/1956          Gender: Female

Resident: Caruthers, Lori M (1083)    Diagnosis Date Range: 03/01/2020 - 03/16/2020    Status: Active    Therapy: Both

| Diagnosis | Date | Rank | Created By/ Date |
|---|---|---|---|
| Caruthers, Lori M (1083) - East Wing 156 1 | | | |
| ANXIETY DISORDER, UNSPECIFIED (F41.9) | 02/25/2020 | Other Diagnosis | sseidl 02/25/2020 |
| APHASIA FOLLOWING NONTRAUMATIC SUBARACHNOID HEMORRHAGE (I69.020) | 02/25/2020 | Second Diagnosis | sseidl 02/25/2020 |
| DYSPHAGIA FOLLOWING NONTRAUMATIC SUBARACHNOID HEMORRHAGE (I69.091) | 02/25/2020 | Third Diagnosis | sseidl 02/25/2020 |
| ESSENTIAL (PRIMARY) HYPERTENSION (I10) | 02/25/2020 | Other Diagnosis | sseidl 02/25/2020 |
| HEMIPLEGIA AND HEMIPARESIS FOLLOWING NONTRAUMATIC SUBARACHNOID HEMORRHAGE AFFECTING RIGHT DOMINANT SIDE (I69.051) | 02/25/2020 | Primary Diagnosis | sseidl 02/25/2020 |
| INSOMNIA, UNSPECIFIED (G47.00) | 02/25/2020 | Other Diagnosis | sseidl 03/09/2020 |
| OTHER RECURRENT DEPRESSIVE DISORDERS (F33.8) | 02/25/2020 | Other Diagnosis | sseidl 02/25/2020 |

Run on: 3/16/2020

Lindenwoods Village-SNF

Resident: Caruthers, Lori          DOB: 10/3/1956          Gender: Female

Date Range: 3/1/2020 to 3/16/2020

Resident: Caruthers, Lori M (1083)     Allergy Date Range: 03/01/2020 - 03/16/2020     Allergy Status: Active

Caruthers, Lori M (1083)

| Allergen | Type | Category | Reaction Type Sub Type | Reaction Note | Severity | Onset Date | Status | Created By/ Date |
|----------|------|----------|------------------------|---------------|----------|------------|--------|------------------|
| Poultry | Intolerance | Food | Nausea | | Mild | 02/25/2020 | Active | Anne Johnson 02/25/2020 |
| Sulfamethoxazole | Allergy | Drug | Cutaneous reactions - Fixed drug eruption | | Severe | 02/25/2020 | Active | Anne Johnson 02/25/2020 |

⚠ = Prior Anaphylaxic reaction

Run on: 3/16/2020

Lindenwoods Village-SNF

Resident: Caruthers, Lori                    DOB: 10/3/1956        Gender: Female

Date Range: 3/1/2020 to 3/16/2020

Resident: Caruthers, Lori M (1083)    Consent Status: All    Date Range: 03/01/2020 - 03/16/2020    Type of Immunization: All

Caruthers, Lori M (1083) - East Wing 156 1 - DOB: 10/03/1956 - Sex: F - Resident Number: 1083

| Type of Immunization | Consent Status | Administered Info | Results | Strike Out Info |
|---|---|---|---|---|
| TB 2 Step Mantoux Skin Test (Step 2) | Consented | Left Forearm Sarah Chester 03/03/2020 | Negative (0 mm) | |

| Focus | Goal | Interventions | Position | Freq/Resolved |
|-------|------|---------------|----------|---------------|
| • The resident has little or no activity involvement r/t resident wishes not to participate<br>Date Initiated: 03/04/2020 | • The resident will express satisfaction with type of activities and level of activity involvement when asked through the review date.<br>Date Initiated: 03/04/2020<br>Target Date: 03/15/2020 | • I enjoy going outside, listening to rock and roll, reading fictional and also mystery, being around animals, and being around family.<br>Date Initiated: 03/04/2020<br>Created on: 03/04/2020<br>Created by: Lindsay Burnett (Activities)<br>Revision on: 03/04/2020<br>Revision by: Lindsay Burnett (Activities) | ACTA<br>CNA | |
| | | • I don't want to be invited to activities if I wish to come, I will bring myself.<br>Date Initiated: 03/04/2020<br>Created on: 03/04/2020<br>Created by: Lindsay Burnett (Activities)<br>Revision on: 03/04/2020<br>Revision by: Lindsay Burnett (Activities) | ACTA<br>CNA | |
| | | • I enjoy playing with my grand kids, they are 10 and 8 and we love to play with the basketball goal at my house.<br>Date Initiated: 03/04/2020<br>Created on: 03/04/2020<br>Created by: Lindsay Burnett (Activities)<br>Revision on: 03/04/2020<br>Revision by: Lindsay Burnett (Activities) | ACTA<br>CNA | |
| • I had a non injury fall on 3/1/20 trying to take my boot off while on the toilet<br>Date Initiated: 03/02/2020<br>Revision on: 03/02/2020 | • The resident will resume usual activities without further incident through the review date.<br>Date Initiated: 03/02/2020<br>Target Date: 03/15/2020 | • Check range of motion per protocol<br>Date Initiated: 03/02/2020<br>Created on: 03/02/2020<br>Created by: Stephanie Seidl (RN)<br>Revision on: 03/02/2020<br>Revision by: Stephanie Seidl (RN) | LPN<br>RN | |
| | | • Continue interventions on the at-risk plan.<br>Date Initiated: 03/02/2020<br>Created on: 03/02/2020<br>Created by: Stephanie Seidl (RN) | LPN<br>RN | |
| | | • Encourage to ask for assist with lower body dressing/shoes, and remind her to use grab bars<br>Date Initiated: 03/02/2020<br>Created on: 03/02/2020<br>Created by: Stephanie Seidl (RN)<br>Revision on: 03/02/2020<br>Revision by: Stephanie Seidl (RN) | LPN<br>RN | |

| Allergies | Sulfamethoxazole, Poultry | | D.O.B. | 10/03/1956 | Physician | Kristi Shaumeyer |
|-----------|---------------------------|---|--------|------------|-----------|------------------|

| Diagnosis | APHASIA FOLLOWING NONTRAUMATIC SUBARACHNOID HEMORRHAGE(I69.020), HEMIPLEGIA AND HEMIPARESIS FOLLOWING NONTRAUMATIC SUBARACHNOID HEMORRHAGE AFFECTING RIGHT DOMINANT SIDE(I69.051). DYSPHAGIA FOLLOW...See last page for a complete listing of the Resident's diagnoses |
|-----------|---|

| Facility | Lindenwoods Village-SNF | | | | |
|----------|------------------------|---|---|---|---|
| Resident | Caruthers, Lori M (1083) | | Admission Date | 02/25/2020 | Location | East Wing 156 1 |

| Focus | Goal | Interventions | Position | Freq/Resolved |
|---|---|---|---|---|
| • I had a non injury fall on 3/1/20 trying to take my boot off while on the toilet<br>Date Initiated: 03/02/2020<br>Revision on: 03/02/2020 | | • Monitor/document /report PRN x 72h to MD for s/sx: Pain, bruises, Change in mental status, New onset: confusion, sleepiness, inability to maintain posture, agitation.<br>Date Initiated: 03/02/2020<br>Created on: 03/02/2020<br>Created by: Stephanie Seidl (RN) | LPN<br>RN | |
| | | • Neuro-checks per protocol<br>Date Initiated: 03/02/2020<br>Created on: 03/02/2020<br>Created by: Stephanie Seidl (RN)<br>Revision on: 03/02/2020<br>Revision by: Stephanie Seidl (RN) | LPN<br>RN | |
| | | • PT consult for strength and mobility.<br>Date Initiated: 03/02/2020<br>Created on: 03/02/2020<br>Created by: Stephanie Seidl (RN) | LPN<br>RN<br>PT | |
| | | • Vital signs per protocol<br>Date Initiated: 03/02/2020<br>Created on: 03/02/2020<br>Created by: Stephanie Seidl (RN)<br>Revision on: 03/02/2020<br>Revision by: Stephanie Seidl (RN) | CNA<br>LPN<br>RN | |

Diagnosis

APHASIA FOLLOWING NONTRAUMATIC SUBARACHNOID HEMORRHAGE(I69.020), HEMIPLEGIA AND HEMIPARESIS FOLLOWING NONTRAUMATIC SUBARACHNOID HEMORRHAGE AFFECTING RIGHT DOMINANT SIDE(I69.051), DYSPHAGIA FOLLOWING NONTRAUMATIC SUBARACHNOID HEMORRHAGE(I69.091), ANXIETY DISORDER, UNSPECIFIED(F41.9), OTHER RECURRENT DEPRESSIVE DISORDERS(F33.8), ESSENTIAL (PRIMARY) HYPERTENSION(I10), INSOMNIA, UNSPECIFIED(G47.00)

| D.O.B. | 10/03/1956 | Physician | Kristi Shaumeyer | | |
|---|---|---|---|---|---|
| Facility | Lindenwoods Village-SNF | | | | |
| Resident | Caruthers, Lori M (1083) | Admission Date | 02/25/2020 | Location | East Wing 156 1 |

Run on: 3/16/2020