———————————

No: 21-1025

———————————

United States of America

Plaintiff - Appellee

v.

Jason P. Summers

Defendant - Appellant

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:15-cr-00295-BCW-1)

**JUDGMENT**

Before SHEPHERD, KELLY, and ERICKSON, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered that the district court's denial of compassionate release relief is summarily affirmed. See Eighth Circuit Rule 47A(a).

January 14, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans